FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB - 6 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

Dickerson      232596
(Last Name)    (Identification Number)

Justin         Dewayne
(First Name)   (Middle Name)

East Mississippi Correctional Facility
(Institution)

10641 Hwy 80 West - Meridian, MS 39307
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.   CIVIL ACTION NUMBER: 3:23cv 99-KHJ-MTP
                          (to be completed by the Court)

Mississippi Department of Corrections
Tristin ~~Lame~~ Lane Kiddy MDOC ID# 213442

_____

(Enter the full name of the defendant(s) in this action)

### GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (✓)   No ( )

B. Are you presently incarcerated?
   Yes (✓)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes (✓)   No ( )

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )   No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes (✓)   No ( )

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes (✓)   No ( )

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Justin Dewayne Dickerson   Prisoner Number: 232596

Address: 10641 Hwy 80 West
Meridian, MS 39307

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Mississippi Department of Corrections employed as Criminal Investigation Division CID at Mississippi Department of Corrections

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Justin Dewayne Dickerson   ADDRESS: 10641 Hwy 80 West
Meridian, MS 39307

DEFENDANT(S):

NAME: Mississippi Department of Corrections Criminal Investigation Division   ADDRESS: 723 North President Street Jackson, MS 39202

Tristin Lane Kiddy 219442   10641 Hwy 80 West Meridian, MS 39307

| OTHER LAWSUITS FILED BY PLAINTIFF |
|---|
| **NOTICE AND WARNING**<br>The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed. |

A. Have you ever filed any lawsuits in a court of the United States?   Yes (✓)   No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: __Burl Cain, MDOC,__
2. Court (if federal court, name the district; if state court, name the county): __US Southern District Court__
3. Docket Number: ____
4. Name of judge to whom case was assigned: ____
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) __Pending__

CASE NUMBER 2.
1. Parties to the action: ____
2. Court (if federal court, name the district; if state court, name the county): ____
3. Docket Number: ____
4. Name of judge to whom case was assigned: ____
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) ____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

I was placed under a Mississippi Department of Corrections C/Investigation Hold but never seen or hurd from a Investigator

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

to be placed back in general population on 2C Prison Fellowship Academy

Signed this _1_ day of _Febuary_, 20_23_

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_Justie Dixason_
Signature of plaintiff