UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JUSTIN DEWAYNE DICKERSON                                              PLAINTIFF

V.                                          CIVIL ACTION NO. 3:23-CV-099-KHJ-MTP

MISSISSIPPI DEPARTMENT OF CORRECTIONS, et al.           DEFENDANTS

FINAL JUDGMENT

For the reasons stated in the Court's Order entered today, and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Defendants. Plaintiff's claims are dismissed without prejudice. This case is closed.

SO ORDERED, this 27th day of October, 2023.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE